DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHARLES ALAN CARVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1223

_____

October 15, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Larry Keith Meyer, Jr., Judge.

Charles Alan Carver, pro se.

PER CURIAM.

Affirmed.

LaROSE, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.